Judge James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>V.<br><br>CALVIN J. BROWN,<br><br>Defendant. | No. CR05-0395 JLR<br><br>**ORDER CONTINUING TIME FOR TRIAL**<br><br>Noted for: December 22, 2005 |

In view of the stipulation of the parties, the Court hereby makes the following findings:

1. The Court finds that a failure to grant the continuance would deny counsel reasonable time for effective preparation by due diligence under the provisions of the Sixth Amendment to the U.S. Constitution, Federal Speedy Trial Act, 18 U.S.C. § 3161 et seq., and the Plan for the Prompt Disposition of Criminal Cases promulgated by the United States District Court for the Western District of Washington pursuant to the Federal Speedy Trial Act.

2. The Court further finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to insure effective trial preparation, and that these factors outweigh the best interests of the public in a speedy trial under 18 U.S.C. § 3161(h)(8)(A).

Law Offices of
Suzanne Lee Elliott
1300 Hoge Building
705 Second Avenue
Seattle, Washington 98104-1705
206.623.0291
FAX 206.623.2186

3. The court further finds that on December 19, 2005, Mr. Brown filed a waiver of his right to a speedy trial.

IT IS THEREFORE ORDERED that the trial in this matter is continued to February 27, 2006.

Dated this 22nd day of December, 2005.

*[signature]*

JAMES L. ROBART
United States District Judge

Law Offices of
Suzanne Lee Elliott
1300 Hoge Building
705 Second Avenue
Seattle, Washington 98104-1705
206.623.0291
FAX 206.623.2186