JUDGE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>V.<br><br>CALVIN J. BROWN,<br><br>Defendant. | No. CR05-00395JLR<br><br>**AMENDED ORDER CONTINUING TRIAL DATE**<br><br>**NOTED FOR: MARCH 21, 2006** |

In view of the motion to continue trial date and declaration of counsel, the Court hereby makes the following findings:

1. The Court finds that a failure to grant the continuance under these circumstances would violate the Federal Speedy Trial Act, 18 U.S.C. § 3161 et seq., and the Plan for the Prompt Disposition of Criminal Cases promulgated by the United States District Court for the Western District of Washington pursuant to the Federal Speedy Trial Act.

2. The Court further finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to insure that the defendant is healthy and capable of assisting his counsel before and during trial, and that these

ORDER - 1

Law Offices of
Suzanne Lee Elliott
1300 Hoge Building
705 Second Avenue
Seattle, Washington 98104-1705
206.623.0291
FAX 206.623.2186

1  factors outweigh the best interests of the public in a speedy trial under 18 U.S.C. §
2  3161(h)(8)(A).
3  3. The Court further finds that on March 20, 2006, Mr. Brown filed a waiver of his
4  right to a speedy trial.
5  4. The Court further finds that the time period from March 27, 2006 until June 1,
6  2006, is excluded for the purpose of computing the time limitations imposed by the
7  Speedy Trial Act, 18 U.S.C. § 3161-3174.
8  IT IS THEREFORE ORDERED that the trial in this matter is continued to June 1,
9  2006.

Dated this 21st day of March, 2006.

_____
JAMES L. ROBART
United States District Judge

ORDER - 2

LAW OFFICES OF
SUZANNE LEE ELLIOTT
1300 Hoge Building
705 Second Avenue
Seattle, Washington 98104-1705
206.623.0291
FAX 206.623.2186